IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Samuel Balbuena and Rebecca Balbuena, | : Case No. 18-70874-JAD |
| | : Chapter 13 |
| Debtors | : |

*****************************************************************

| | |
|---|---|
| Samuel Balbuena and Rebecca Balbuena, | : |
| | : Related to Docket Nos. 37, 34 |
| Movants | : |
| vs. | : |
| Ronda J. Winnecour, Esquire / Chapter 13 Trustee, | : |
| Respondent | : |

*****************************************************************

### ORDER

AND NOW, this ___4th___ day of ___November___ (struck: October), 2019, upon consideration of the Debtors' Motion to Extend Time for Automobile Financing, it is hereby ORDERED and DIRECTED as follows:

1. Within thirty (30) days from the date of this Order the Debtor may obtain automobile financing in order to purchase or lease either a new or used motor vehicle.

2. The vehicle financing shall be no greater than $25,000.00 inclusive of all taxes and fees, with a monthly payment no greater than $450.00.

3. Within forty-five (45) days from the date of this Order, an amended Chapter 13 Plan shall be filed to include the payment for the newly purchased vehicle.

4. Within forty-five (45) days from the date of this Order a report of purchase shall be filed with the Court.

BY THE COURT:

11-4-2019

_____
Jeffery A. Deller,
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Samuel and Rebecca Balbuena
Lawrence W. Willis, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
11/4/19 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Samuel Balbuena  
Rebecca Balbuena  
     Debtors

Case No. 18-70874-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Nov 04, 2019  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.  
db/jdb       +Samuel Balbuena,    Rebecca Balbuena,    1931 Menoher Blvd.,    Johnstown, PA 15905-1728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
         Lawrence W. Willis    on behalf of Debtor Samuel Balbuena ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com  
         Lawrence W. Willis    on behalf of Joint Debtor Rebecca Balbuena ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
         Sindi Mncina    on behalf of Creditor    DITECH FINANCIAL LLC smncina@rascrane.com  
                                                                                      TOTAL: 7