FILED
12/17/21 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 18-70874-JAD** |
| **SAMUEL BALBUENA** | ) | |
| **REBECCA BALBUENA,** | ) | **Chapter 13** |
| Debtor(s). | ) | |
| | ) | Related to Doc. # 52, 53 |
| | X | |

## ORDER OF COURT
### (Check Boxes That Apply)

☒ **Confirming Plan on Final Basis**          ☐ **Chapter 13 Plan dated:**

_____

☐ **Authorizing Distributions Under Plan**     ☒ **Amended Chapter 13 dated:**
**On Interim Basis Solely as Adequate**        **11/10/21**
**Protection**

          IT IS HEREBY ORDERED that pursuant to the plan identified above (the "<u>Plan</u>"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand.  Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

          IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect.  To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

          1.    <u>**Unique Provisions Applicable Only to This Case**</u>: *Only those provisions which are checked below apply to this case:*

          ☒     A.   For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $2,021, beginning 1/22. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

          ☐     B.   The length of the Plan is changed to a total of at least _____months. This

-1-

statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐    C.  To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. **_Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket._** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐    D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under _11 U.S.C. §506_, disputes over the amount and allowance of claims entitled to priority under _11 U.S.C. §507_, and all objections to claims.

☐    E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐    F.  The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒    G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
Nissan Motor Acceptance Corp CL. #6

☐    H.  The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:
_____

-2-

☐    I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____

☐    J.  The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

_____

☒    K.  Additional Terms and Conditions:
    ➢  Estimated unsecured creditor pool to be $24,535.65.

**2. Deadlines. The following deadlines are hereby established and apply to this case:**

**A.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**B.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

**C.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**D.**     **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

**3.**     **Additional Provisions.  The following additional provisions apply in this case:**

    **A.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

    **B.**      The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

    **C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

    **D.**      Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

    **E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

    **F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed ***secured claim*** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

    **G.**      The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

    **H.**      The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated:   December 17, 2021

Jeffery A. Deller       jah
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk

-4-

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Samuel Balbuena

Rebecca Balbuena

    Debtors

Case No. 18-70874-JAD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7

Date Rcvd: Dec 17, 2021

User: culy

Form ID: pdf900

Page 1 of 7

Total Noticed: 122

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel Balbuena, Rebecca Balbuena, 1931 Menoher Blvd., Johnstown, PA 15905-1728 |
| 14969157 | + | Ameriserv Financial Ba, 216 Franklin St, Johnstown, PA 15901-1911 |
| 14969160 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14969159 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14969161 | + | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14997888 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14969166 | + | Cb/eddiebau, Po Box 182789, Columbus, OH 43218-2789 |
| 14969170 | + | Ccb/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 14969171 | + | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104-0478 |
| 14969203 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14997111 | + | GOLDMAN SACHS MORTGAGE CO., C/O SERVICE FINANCE CO., LLC, 555 S. FEDERAL HWY #200, BOCA RATON, FL 33432-6033 |
| 14969206 | + | Gulf Oil, Po Box 15410, Amarillo, TX 79105-5410 |
| 14969207 | + | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |
| 14969209 | + | Mainline National Bank, 325 Industrial Park Rd., Ebensburg, PA 15931-4133 |
| 14969212 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 15207100 | | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14986423 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14977108 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14969215 | + | Service Finance Compan, 555 S Federal Highway, Boca Raton, FL 33432-5505 |
| 14981245 | + | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14969217 | + | Sierra Auto, 5005 Lbj Fwy, Dallas, TX 75244-6100 |
| 14969218 | + | Sierra Auto Finance Ll, 5005 Lbj Fwy Ste 700, Dallas, TX 75244-6145 |
| 14969240 | + | Tbom/contfin, Pob 8099, Newark, DE 19714-8099 |
| 14969242 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14998127 | + | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242-2846 |
| 14969245 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14969248 | + | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.ebn@aisinfo.com | Dec 17 2021 23:55:26 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969154 | + | Email/Text: bankruptcy@rentacenter.com | Dec 17 2021 23:44:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14983199 | | Email/Text: ally@ebn.phinsolutions.com | | |

| | | | |
|---|---|---|---|
| | | Dec 17 2021 23:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14969155 | + Email/Text: ally@ebn.phinsolutions.com | Dec 17 2021 23:44:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14969156 | + Email/Text: ally@ebn.phinsolutions.com | Dec 17 2021 23:44:00 | Ally Fincl, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14969158 | + Email/Text: bankruptcynotices@aarons.com | Dec 17 2021 23:44:00 | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 14969159 | + Email/Text: BarclaysBankDelaware@tsico.com | Dec 17 2021 23:44:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14969164 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2021 23:55:26 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14969162 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2021 23:55:35 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14969163 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2021 23:55:35 | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14977655 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2021 23:55:35 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14991116 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2021 23:55:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14969165 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2021 23:55:35 | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14969167 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Cb/pier1, Po Box 182789, Columbus, OH 43218-2789 |
| 14969169 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 23:55:28 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14969168 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 23:55:32 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969174 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 23:55:32 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981224 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 14969175 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenity Bank/anntylr, Po Box 182789, Columbus, OH 43218-2789 |
| 14969176 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14969177 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 14969178 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenity Bank/gordmans, Po Box 182789, Columbus, OH 43218-2789 |
| 14969179 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenity Bank/pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 14969180 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenity Bank/pttrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 14969181 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitybank/chrisbank, Po Box 182789, Columbus, OH 43218-2789 |
| 14969182 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitybank/eddiebaur, Po Box 182789, Columbus, OH 43218-2789 |
| 14969183 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitybank/gandrmt, Po Box 182789, Columbus, OH 43218-2789 |
| 14969184 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitybank/marathon, Po Box 182789, Columbus, OH 43218-2789 |

District/off: 0315-7                                    User: culy                                    Page 3 of 7
Date Rcvd: Dec 17, 2021                          Form ID: pdf900                          Total Noticed: 122

| | | | |
|---|---|---|---|
| 14969185 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitybank/meijer, Po Box 182789, Columbus, OH 43218-2789 |
| 14969186 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14969187 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14969188 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14969189 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitybk/fullbeauty, Po Box 182789, Columbus, OH 43218-2789 |
| 14969190 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitycb/blair, Po Box 182120, Columbus, OH 43218-2120 |
| 14969191 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14969192 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14969193 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitycb/overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 14969194 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 14969195 | + Email/Text: BKPT@cfna.com | Dec 17 2021 23:44:00 | Crdt First, Pob 81315, Cleveland, OH 44181-0315 |
| 14969196 | + Email/Text: BKPT@cfna.com | Dec 17 2021 23:44:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15000053 | Email/Text: BKPT@cfna.com | Dec 17 2021 23:44:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14969197 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 17 2021 23:55:26 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14969200 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 23:55:28 | Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14969201 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 23:55:28 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15003467 | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2021 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14979721 | Email/Text: mrdiscen@discover.com | Dec 17 2021 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14969198 | + Email/Text: mrdiscen@discover.com | Dec 17 2021 23:44:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14969202 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 23:55:28 | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969203 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 17 2021 23:55:31 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14969204 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 17 2021 23:44:00 | Genesis/celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14969205 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2021 23:44:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14969172 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2021 23:55:26 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14969208 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 17 2021 23:44:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15160155 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2021 23:55:27 | LVNV Funding LLC, PO Box 10587, Greenville, |

| District/off: 0315-7 | User: culy | | Page 4 of 7 |
| Date Rcvd: Dec 17, 2021 | Form ID: pdf900 | | Total Noticed: 122 |

| | | | | SC 29603-0587 |
|---|---|---|---|---|
| 15000992 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 17 2021 23:55:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14992222 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 17 2021 23:55:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14969210 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 17 2021 23:55:25 | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14969211 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 17 2021 23:44:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14991108 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 17 2021 23:44:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14969213 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 17 2021 23:55:30 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14995691 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 17 2021 23:55:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14969427 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Dec 17 2021 23:55:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14981243 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 17 2021 23:55:34 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14977108 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Dec 17 2021 23:44:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14969214 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 17 2021 23:55:36 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14979874 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Dec 17 2021 23:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14997787 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 17 2021 23:44:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15000080 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 17 2021 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14981246 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 17 2021 23:55:29 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15005597 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 17 2021 23:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14969216 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Dec 17 2021 23:44:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14969219 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Dec 17 2021 23:44:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14969220 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 17 2021 23:55:34 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14969221 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 17 2021 23:55:29 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14969222 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 17 2021 23:55:29 | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14969223 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 17 2021 23:55:29 | Syncb/athleta, Po Box 965024, Orlando, FL 32896-5024 |
| 14969224 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 17 2021 23:55:34 | Syncb/banana Rep, Po Box 965005, Orlando, FL 32896-5005 |

| District/off: 0315-7 | User: culy | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Dec 17, 2021 | Form ID: pdf900 | Total Noticed: 122 |

| | | | | |
|---|---|---|---|---|
| 14969225 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:34 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 14969226 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:29 | Syncb/chevron, P.o Box 965015, Orlando, FL 32896-5015 |
| 14969227 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:29 | Syncb/evine, Po Box 965005, Orlando, FL 32896-5005 |
| 14969228 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:25 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14969229 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:25 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14969230 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:25 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14969231 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:34 | Syncb/nautilus, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14969232 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:29 | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14969233 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:34 | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14969234 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:34 | Syncb/phillips 66, P.o Box 965004, Orlando, FL 32896-5004 |
| 14969235 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:34 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14969236 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:34 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14969237 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:29 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14969238 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:34 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 14969239 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:29 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15001018 | + Email/PDF: gecsedi@recoverycorp.com | | Dec 17 2021 23:55:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14969241 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | Dec 17 2021 23:44:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14969243 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | Dec 17 2021 23:55:28 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969244 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | Dec 17 2021 23:55:32 | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14969246 | + Email/Text: bnc-bluestem@quantum3group.com | | Dec 17 2021 23:44:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14969247 | + Email/Text: bnc-bluestem@quantum3group.com | | Dec 17 2021 23:44:00 | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 98

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |

| | | |
|---|---|---|
| cr | | Quantum3 Group LLC as agent for Comenity Capital B |
| 15004826 | | Ditech Financial LLC. Po Box 6154 Rapid City Sd,, 57709-6154 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14981206 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14981207 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14981208 | *+ | Ameriserv Financial Ba, 216 Franklin St, Johnstown, PA 15901-1911 |
| 14981209 | *+ | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 14981211 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14981210 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14981215 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14981212 | *+ | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14981213 | *+ | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14981214 | *+ | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14981216 | *+ | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14981217 | *+ | Cb/eddiebau, Po Box 182789, Columbus, OH 43218-2789 |
| 14981218 | *+ | Cb/pier1, Po Box 182789, Columbus, OH 43218-2789 |
| 14981219 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981220 | *+ | Ccb/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 14981221 | *+ | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104-0478 |
| 14981223 | *+ | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981225 | *+ | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14981226 | *+ | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 14981227 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14981230 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14981231 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14981228 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14981229 | *+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |
| 14981232 | *+ | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981233 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14981234 | *+ | Genesis/celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14981235 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14981236 | *+ | Gulf Oil, Po Box 15410, Amarillo, TX 79105-5410 |
| 14981237 | *+ | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |
| 14969173 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14981222 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14981238 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14981239 | *+ | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14981240 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14981241 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 14981242 | *+ | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14981244 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14981247 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14981248 | *+ | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981249 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14981250 | *+ | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14981251 | *+ | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14981252 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14981253 | *+ | Syncb/walmart, Box 965024, Orlando, FL 32896-5024 |
| 14981254 | *+ | Tbom/contfin, Pob 8099, Newark, DE 19714-8099 |
| 14981255 | *+ | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14981256 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14981257 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981258 | *+ | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14981259 | * | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14981260 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

| 14981261 | *+ | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14981262 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15125606 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 14969199 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 4 Undeliverable, 57 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2021                       Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Samuel Balbuena ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Rebecca Balbuena ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor DITECH FINANCIAL LLC smncina@rascrane.com |

TOTAL: 7