**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/01/2022

IN RE:

SAMUEL BALBUENA
REBECCA BALBUENA
1931 MENOHER BLVD.
JOHNSTOWN, PA 15905
XXX-XX-3358          Debtor(s)

XXX-XX-1672

Case No.18-70874 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/1/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Details |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6606 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DITECH/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 4   INT %: 4.25%<br>Court Claim Number: 5<br>CLAIM: 12,271.55<br>COMMENT: $/CL-PL@4.25%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0166 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 38-2<br>CLAIM: 0.00<br>COMMENT: 863/PL*PMT/NTC*DKT4PMT-LMT*$0ARRS/PL-CL*AMD*FR DITECH-DOC 44 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3420 |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660366<br>DALLAS, TX 75266-0366 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 6,205.28<br>COMMENT: CL6GOV*5400/PL*8330~LEASE/SCH D | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4992 |
| **GOLDMAN SACHS MORTGAGE CO**<br>C/O SERVICE FINANCE CO LLC<br>555 S FEDERAL HWY #200<br>BOCA RATON, FL 33432 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,558.33<br>COMMENT: 3034@SEC@4.25%/PL*DK | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 2271 |
| **ACCEPTANCE NOW**<br>5501 HEADQUARTERS DR<br>PLANO, TX 75024 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0703 |
| **AMERISERV FINANCIAL**<br>216 FRANKLIN ST STE 608<br>PO BOX 520<br>JOHNSTOWN, PA 15907-0520 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0132 |
| **AARONS INC(*)**<br>ATTN PAYMENT PROCESSING<br>PO BOX 102746<br>ATLANTA, GA 30368 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3398 |

| Creditor | Claim Info | Details |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 17<br><br>CLAIM: 1,981.18<br>COMMENT: BARCLAYS/NFL EXTRA POINTS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3027 |
| **BANK OF AMERICA NA\*\*  (LMP)**<br>ATTN BANKRUPTCY DEPT (LMP)<br>PO BOX 660933<br><br>DALLAS, TX  75266-0933 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8772 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CABEL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9378 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CABELAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7210 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~DBARN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8407 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 3,823.59<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9185 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 2,889.88<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2643 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4246 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5845 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 8<br><br>CLAIM: 2,888.87<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8276 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~EDDIE BAUER~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4585 |
| **QUANTUM3 GROUP LLC AGNT - CROWN ASSET**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 2,248.23<br>COMMENT: 3984~NO$~NTC ONLY/SCH*COMENITY/PIER 1 IMPORTS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3992 |
| **CBNA**<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6950 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 19 | CLAIM: 155.08<br>COMMENT: BOSCOVS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4097 |
| **BRYANT STATE BANK**<br>POB 2519<br>OMAHA, NE 68103 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5470 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5813 |
| **CITIBANK****<br>POB 6241<br>SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1503 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0564 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 20 | CLAIM: 0.00<br>COMMENT: HSN*CL @ 1697.90 W/DRAWN-DOC 49 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4067 |
| **QUANTUM3 GROUP LLC AGNT - CROWN ASSET**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 1,261.69<br>COMMENT: NO$/SCH*COMENITY/HSN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9715 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CREDIT FIRST NA*** <br> BK 13 CREDIT OPERATIONS* <br> POB 818011* <br> CLEVELAND, OH  44181-8011 | Trustee Claim Number:31  INT %:  0.00% <br> Court Claim Number:18 <br> CLAIM:  545.31 <br> COMMENT:  2241/SCH*BRIDGESTONE FIRESTONE | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 3358 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:32  INT %:  0.00% <br> Court Claim Number:27 <br> CLAIM:  1,661.35 <br> COMMENT:  MHC/FNBM/CREDIT ONE | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 3674 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:33  INT %:  0.00% <br> Court Claim Number:25 <br> CLAIM:  746.43 <br> COMMENT:  MHC/FNBM/CREDIT ONE | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 1806 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:34  INT %:  0.00% <br> Court Claim Number:24 <br> CLAIM:  234.50 <br> COMMENT:  MHC/FNBM/CREDIT ONE | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 6545 |
| **DISCOVER BANK(*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH  43054-3025 | Trustee Claim Number:35  INT %:  0.00% <br> Court Claim Number:3 <br> CLAIM:  428.36 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 1799 |
| **DEPARTMENT STORES NATIONAL BANK** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 657 <br> KIRKLAND, WA  98083-0657 | Trustee Claim Number:36  INT %:  0.00% <br> Court Claim Number:28 <br> CLAIM:  854.96 <br> COMMENT:  BLOOMINGDALE'S | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 7752 |
| **DEPARTMENT STORES NATIONAL BANK** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 657 <br> KIRKLAND, WA  98083-0657 | Trustee Claim Number:37  INT %:  0.00% <br> Court Claim Number:29 <br> CLAIM:  1,349.32 <br> COMMENT:  MACY'S | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 5524 |
| **EXXON MOBILE/CITIBANK** <br> POB 6497 <br> SIOUX FALLS, SD  57117 | Trustee Claim Number:38  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 8634 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** <br> C/O JEFFERSON CAPITAL SYSTEMS LLC* <br> PO BOX 772813 <br> CHICAGO, IL  60677-2813 | Trustee Claim Number:39  INT %:  0.00% <br> Court Claim Number:4 <br> CLAIM:  668.51 <br> COMMENT:  CHARGE OFF 5/30/17 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 1371 |
| **MABT GENESIS RETAIL** <br> PO BOX 4499 <br> BEAVERTON, OR  97076 | Trustee Claim Number:40  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 1640 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **GM FINANCIAL**<br>PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5375 |
| **GULF OIL**<br>8035 QUIVIRA RD STE 100<br><br>LENEXA, KS 66215 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **HSBC BANK USA**<br>BANKRUPTCY UNIT<br>POB 2103<br>BUFFALO, NY 14240-2103 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0090 |
| **CAPITAL ONE NA**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 26.74<br>COMMENT: 1169~NO$~NTC ONLY/SCH*KOHL'S*ACCT OPEN 2/8/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8650 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,666.79<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3105 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SYNC BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0582 |
| **OLLO**<br>PO BOX 9222<br><br>OLD BETHPAGE, NY 11804 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7771 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,448.90<br>COMMENT: NO$/SCH*SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5759 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 37<br>CLAIM: 6,363.56<br>COMMENT: SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9345 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 35<br>CLAIM: 2,510.31<br>COMMENT: SYNCHRONY/BP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6606 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:31<br><br>CLAIM:  1,887.89<br>COMMENT:  SYNCHRONY/WAL-MART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5251 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:34<br><br>CLAIM:  1,537.60<br>COMMENT:  SYNCHRONY/AMAZON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7325 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:33<br><br>CLAIM:  1,508.71<br>COMMENT:  SYNCHRONY/JCP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6867 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:32<br><br>CLAIM:  1,287.67<br>COMMENT:  SYNCHRONY/TJX | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5053 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~AMAZON/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8213 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  2,368.98<br>COMMENT:  SYNCHRONY/ASHLEY HOMESTORE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1769 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:22<br><br>CLAIM:  4,600.21<br>COMMENT:  SYNCHRONY/LOWE'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9608 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  2,875.58<br>COMMENT:  SYNCHRONY/PAYPAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1249 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:39<br><br>CLAIM:  4,586.43<br>COMMENT:  4643~NO$~NTC ONLY/SCH*PAYPAL*FR SYNCHRONY-DOC 40 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7731 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:26<br><br>CLAIM:  84.04<br>COMMENT:  QCARD/GEMB/GECRB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2144 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:61  INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 4,608.72<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9463 |
| **TBOM RETAIL**<br>PO BOX 4499<br><br>BEAVERTON, OR 97076 | Trustee Claim Number:62  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7771 |
| **TBOM RETAIL**<br>PO BOX 4499<br><br>BEAVERTON, OR 97076 | Trustee Claim Number:63  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY~MILESTONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6237 |
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME 04112 | Trustee Claim Number:64  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~TARGET~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1318 |
| **THD/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number:65  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8660 |
| **CITIBANK/UNIVERSAL CARD SVCS**++<br>4740 121ST ST<br><br>URBANDALE, IA 50323 | Trustee Claim Number:66  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9529 |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | Trustee Claim Number:67  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NT ADR~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN 56303 | Trustee Claim Number:68  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8442 |
| **GETTINGTON (ISSUED BY WEBBANK)**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN 56303 | Trustee Claim Number:69  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9926 |
| **WELLS FARGO BANK NA**<br>MAC N9286-01Y<br>PO BOX 1629<br>MINNEAPOLIS, MN 55440-9790 | Trustee Claim Number:70  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1813 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 71  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 477.35 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4587 |
| **UNIFUND CCR** <br> 10625 TECHWOODS CIRCLE <br> CINCINNATI, OH 45242 | Trustee Claim Number: 72  INT %: 0.00% <br> Court Claim Number: 16 <br> CLAIM: 1,664.07 <br> COMMENT: NT/SCH*BARCLAYS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9792 |
| **DEPARTMENT STORES NATIONAL BANK** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 657 <br> KIRKLAND, WA 98083-0657 | Trustee Claim Number: 73  INT %: 0.00% <br> Court Claim Number: 30 <br> CLAIM: 243.43 <br> COMMENT: ACCT NT/SCH*MACY'S | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8767 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 74  INT %: 0.00% <br> Court Claim Number: 36 <br> CLAIM: 2,515.74 <br> COMMENT: NT/SCH*BARCLAYS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0083 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br> OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 75  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: ALLY BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |