FILED
12/1/22 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Samuel Balbuena and | : | Case No. 18-70874-JAD |
| Rebecca Balbuena, | : | |
| | : | **Chapter 13** |
| Debtors | : | |

**************************************************************************

| | | |
|---|---|---|
| Samuel Balbuena and | : | |
| Rebecca Balbuena, | : | |
| | : | **Related to Docket No. 59** |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |
| | : | |

**************************************************************************

## ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the [MOTION OF THE DEBTOR FOR

POSTPETITION FINANCING] [Dkt. No. 59] ("Motion") filed by Debtor on November 30,

2022. The motion was filed as a Consent Motion. Based upon the foregoing, and for good cause

shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion at Docket Number 59 is **GRANTED** as provided by the terms of

    this Order. Debtor is authorized to obtain secured financing for the purchase

    of a replacement vehicle on the following terms:

    (a) The total amount of financing **shall not exceed**

        **$25,000.00;** and

(b) The monthly payments made under the financing agreement **shall not exceed $450.00.**

(c) The interest rate **shall not exceed 20%.**

2.  To the extent that the Debtor secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtor shall file:

    (a) An amended chapter 13 plan; and

    (b) A report of financing, including details of automobile, if applicable.

3.  To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4.  Upon the filing of the report of financing, including details of automobile, if applicable, the chapter 13 trustee is authorized to cease making payments to the prepetition automobile lender, on the account (NONE), if applicable. Pending confirmation of any amended plan providing for the new postpetition loan payments, the trustee is authorized to make monthly adequate protection payments for the contract amount so long as sufficient supplemental funds are provided by the Debtor.

5.  Notwithstanding the inclusion of the post-petition loan within an amended

    chapter 13 plan, the underlying terms of the loan shall not be modified absent

    the consent of the creditor.

6.  Debtor shall serve copies of this Order on all creditors eligible to receive

    distributions through the chapter 13 plan and filed proof of the same with the

    Court.

Prepared by: Lawrence W. Willis, Esquire

Dated: December 1, 2022

                                        BY THE COURT:

                                        _____
                                        Jeffery A. Deller,    jah
                                        United States Bankruptcy Judge

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 18-70874-JAD

Samuel Balbuena                                                              Chapter 13

Rebecca Balbuena

        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Samuel Balbuena, Rebecca Balbuena, 1931 Menoher Blvd., Johnstown, PA 15905-1728 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Lawrence W. Willis | |
| | on behalf of Debtor Samuel Balbuena ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | |
| | on behalf of Joint Debtor Rebecca Balbuena ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7                          User: auto                                      Page 2 of 2
Date Rcvd: Dec 01, 2022                       Form ID: pdf900                                 Total Noticed: 1

S. James Wallace
                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sindi Mncina
                        on behalf of Creditor DITECH FINANCIAL LLC smncina@rascrane.com


TOTAL: 7