IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No 18-70874 JAD |
| | : | |
| **Samuel & Rebecca Balbuena** | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| | : | |
| **Samuel & Rebecca Balbuena** | : | **Document No.** |
| **and** | : | |
| | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| | : | |
| **ADDITIONAL** | : | |
| **RESPONDENT** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REPORT OF NO PURCHASE

Now comes the Debtors, Debtor through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Report of Purchased advising the Court of the following:

1. The Debtors filed a petition for relief under Chapter 13 of 11 U.S.C..

2. The Debtors filed a Motion to Obtain Financing for the Purchase of a Vehicle.

3. This Court entered an Order, granting the Debtors' Motion to Borrow Financing for the Purchase of a Vehicle.

4. The Order directed that a Report of Purchase was to be filed within forty-five (45) days.

5. After inquiry, debtor notified counsel that they were not able to find a car at this time.

Dated: January 11, 2023               By. Lawrence W Willis Esq
                                      Lawrence W Willis, Esquire
                                      PA I.D. # 85299
                                      Willis & Associates
                                      201 Penn Center Blvd
                                      Pittsburgh, PA 15235
                                      Tel: 412.235.1721