**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Samuel Balbuena**
**Rebecca Balbuena**
**fka Rebecca Turek**
   Debtor(s)

Bankruptcy Case No.: 18−70874−JAD
Related to Doc. #71
Chapter: 13
Docket No.: 72 − 71

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of February, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/9/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/17/24 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/9/24.**

                                       Jeffery A. Deller
                                       United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70874-JAD |
| Samuel Balbuena | Chapter 13 |
| Rebecca Balbuena | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 8 |
| Date Rcvd: Feb 27, 2024 | Form ID: 408 | Total Noticed: 123 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel Balbuena, Rebecca Balbuena, 1931 Menoher Blvd., Johnstown, PA 15905-1728 |
| 14969157 | + | Ameriserv Financial Ba, 216 Franklin St, Johnstown, PA 15901-1911 |
| 15004826 | | Ditech Financial LLC. Po Box 6154 Rapid City Sd,, 57709-6154 |
| 14969199 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 14969209 | + | Mainline National Bank, 325 Industrial Park Rd., Ebensburg, PA 15931-4133 |
| 14969212 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 14969217 | + | Sierra Auto, 5005 Lbj Fwy, Dallas, TX 75244-6100 |
| 14969218 | + | Sierra Auto Finance Ll, 5005 Lbj Fwy Ste 700, Dallas, TX 75244-6145 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 01:38:44 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969154 | + | Email/Text: bankruptcy@rentacenter.com | Feb 28 2024 00:39:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14983199 | | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2024 00:36:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14969155 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2024 00:36:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14969156 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2024 00:36:00 | Ally Fincl, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14969158 | + | Email/Text: bankruptcynotices@aarons.com | Feb 28 2024 00:39:00 | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 14969171 | | Email/Text: BNBSB@capitalsvcs.com | Feb 28 2024 00:37:00 | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 14969159 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 28 2024 00:37:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14969160 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2024 00:36:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14969164 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:34:31 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14969240 | | Email/Text: cfcbackoffice@contfinco.com | Feb 28 2024 00:37:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 14969161 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:49:08 | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14969162 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 01:15:38 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14969163 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:34:35 | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14977655 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:34:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14991116 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:49:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14997888 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 00:49:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14969165 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:34:04 | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14969166 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Cb/eddiebau, Po Box 182789, Columbus, OH 43218-2789 |
| 14969167 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Cb/pier1, Po Box 182789, Columbus, OH 43218-2789 |
| 14969169 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:34:04 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14969168 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:34:06 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969170 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Ccb/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 14969174 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:24 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981224 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 14969175 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/anntylr, Po Box 182789, Columbus, OH 43218-2789 |
| 14969176 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14969177 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 14969178 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/gordmans, Po Box 182789, Columbus, OH 43218-2789 |
| 14969179 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 14969180 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/pttrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 14969181 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/chrisbank, Po Box 182789, Columbus, OH 43218-2789 |
| 14969182 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/eddiebaur, Po Box 182789, Columbus, OH 43218-2789 |
| 14969183 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/gandrmt, Po Box 182789, Columbus, OH 43218-2789 |
| 14969184 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/marathon, Po Box 182789, Columbus, OH 43218-2789 |
| 14969185 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/meijer, Po Box 182789, Columbus, OH 43218-2789 |
| 14969186 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/ny&co, Po Box 182789, Columbus, |

Case 18-70874-JAD    Doc 73    Filed 02/29/24    Entered 03/01/24 00:32:37    Desc Imaged
                              Certificate of Notice    Page 4 of 9

| District/off: 0315-7 | User: auto | Page 3 of 8 |
| --- | --- | --- |
| Date Rcvd: Feb 27, 2024 | Form ID: 408 | Total Noticed: 123 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | OH 43218-2789 |
| 14969187 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14969188 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14969189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybk/fullbeauty, Po Box 182789, Columbus, OH 43218-2789 |
| 14969190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitycb/blair, Po Box 182120, Columbus, OH 43218-2120 |
| 14969191 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14969192 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14969193 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitycb/overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 14969194 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 14969195 | + | Email/Text: BKPT@cfna.com | Feb 28 2024 00:36:00 | Crdt First, Pob 81315, Cleveland, OH 44181-0315 |
| 14969196 | + | Email/Text: BKPT@cfna.com | Feb 28 2024 00:36:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15000053 | | Email/Text: BKPT@cfna.com | Feb 28 2024 00:36:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14969197 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2024 00:34:03 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14969200 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:03 | Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14969201 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:50:08 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15003467 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2024 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14979721 | | Email/Text: mrdiscen@discover.com | Feb 28 2024 00:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14969198 | + | Email/Text: mrdiscen@discover.com | Feb 28 2024 00:36:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14969202 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:36 | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969203 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 28 2024 00:50:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14997111 | + | Email/Text: servicing@svcfin.com | Feb 28 2024 00:37:00 | GOLDMAN SACHS MORTGAGE CO., C/O SERVICE FINANCE CO., LLC, 555 S. FEDERAL HWY #200, BOCA RATON, FL 33432-6033 |
| 14969204 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 28 2024 00:39:00 | Genesis/celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14969205 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 28 2024 00:37:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14969207 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 28 2024 00:36:00 | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |
| 14969172 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2024 00:49:04 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14969208 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2024 00:36:00 | Kohls/capone, Po Box 3115, Milwaukee, WI |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 53201-3115 |
| 15160155 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:35:28 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15000992 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 01:15:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14992222 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:34:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14969210 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:34:00 | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14969211 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 28 2024 00:38:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14991108 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 28 2024 00:38:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15207100 | | Email/Text: mtgbk@shellpointmtg.com | Feb 28 2024 00:37:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14986423 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 28 2024 00:37:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14969213 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:34:32 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14995691 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:34:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14969427 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:49:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14981243 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:33:59 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14977108 | + | Email/Text: ebnpeoples@grblaw.com | Feb 28 2024 00:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14969214 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:35:22 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14979874 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 28 2024 00:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14997787 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2024 00:38:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15000080 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2024 00:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14981246 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:48:58 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15005597 | + | Email/Text: bncmail@w-legal.com | Feb 28 2024 00:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14969215 | + | Email/Text: servicing@svcfin.com | Feb 28 2024 00:37:00 | Service Finance Compan, 555 S Federal Highway, Boca Raton, FL 33432-5505 |
| 14981245 | + | Email/Text: servicing@svcfin.com | Feb 28 2024 00:37:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14969216 | + | Email/Text: bankruptcy@sccompanies.com | Feb 28 2024 00:39:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14969219 | + | Email/Text: bankruptcy@sccompanies.com | Feb 28 2024 00:39:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14969220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:36 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14969221 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14969222 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:50:02 | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14969223 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:35:08 | Syncb/athleta, Po Box 965024, Orlando, FL 32896-5024 |
| 14969224 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:16:47 | Syncb/banana Rep, Po Box 965005, Orlando, FL 32896-5005 |
| 14969225 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:28 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 14969226 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:35:12 | Syncb/chevron, P.o Box 965015, Orlando, FL 32896-5015 |
| 14969227 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:16:09 | Syncb/evine, Po Box 965005, Orlando, FL 32896-5005 |
| 14969228 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:33 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14969229 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:50:17 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14969230 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:30 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14969231 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:36 | Syncb/nautilus, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14969232 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:35:11 | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14969233 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:25 | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14969234 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:50:02 | Syncb/phillips 66, P.o Box 965004, Orlando, FL 32896-5004 |
| 14969235 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:01 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14969236 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:00:27 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14969237 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:33:59 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14969238 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:27 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 14969239 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:14:37 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15001018 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 00:49:16 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14969241 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 28 2024 00:39:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14969242 | + | Email/Text: bncmail@w-legal.com | Feb 28 2024 00:37:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14969243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:50:05 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14998127 | | Email/Text: bankruptcy@unifund.com | Feb 28 2024 00:37:00 | Unifund CCR, 10625 Techwoods Circle, |

Case 18-70874-JAD   Doc 73   Filed 02/29/24   Entered 03/01/24 00:32:37   Desc Imaged
                        Certificate of Notice   Page 7 of 9

| District/off: 0315-7 | User: auto | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: 408 | Total Noticed: 123 |

| | | | | |
|---|---|---|---|---|
| | | | | Cincinnati, OH 45242 |
| 14969244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:40 | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14969245 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 28 2024 00:36:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14969246 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 28 2024 00:39:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14969247 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 28 2024 00:39:00 | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14969248 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 28 2024 01:01:15 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 115

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Quantum3 Group LLC as agent for Comenity Capital B |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14981206 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14981207 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14981208 | *+ | Ameriserv Financial Ba, 216 Franklin St, Johnstown, PA 15901-1911 |
| 14981209 | *+ | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 14981221 | *P++ | BRYANT STATE BANK, ATTN BANKRYPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 14981210 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14981211 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14981215 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14981254 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14981212 | *+ | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14981213 | *+ | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14981214 | *+ | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14981216 | *+ | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14981217 | *+ | Cb/eddiebau, Po Box 182789, Columbus, OH 43218-2789 |
| 14981218 | *+ | Cb/pier1, Po Box 182789, Columbus, OH 43218-2789 |
| 14981219 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981220 | *+ | Ccb/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 14981223 | *+ | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981225 | *+ | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14981226 | *+ | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 14981227 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14981230 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14981231 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14981228 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14981229 | * | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 14981232 | *+ | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981233 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14981234 | *+ | Genesis/celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14981235 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14981236 | *+ | Gulf Oil, Po Box 15410, Amarillo, TX 79105-5410 |
| 14981237 | *+ | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |

Case 18-70874-JAD    Doc 73    Filed 02/29/24    Entered 03/01/24 00:32:37    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0315-7 | User: auto | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: 408 | Total Noticed: 123 |

| | | |
|---|---|---|
| 14969173 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14981222 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14981238 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14981239 | *+ | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14981240 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14981241 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 14981242 | *+ | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14981244 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14981247 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14981248 | *+ | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981249 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14981250 | *+ | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14981251 | *+ | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14981252 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14981253 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14981255 | *+ | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14981256 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14981257 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981258 | *+ | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14981259 | * | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14981260 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14981261 | *+ | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14981262 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15125606 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 14969206 | ##+ | Gulf Oil, Po Box 15410, Amarillo, TX 79105-5410 |

TOTAL: 3 Undeliverable, 58 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Samuel Balbuena ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Rebecca Balbuena ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-7 | User: auto | Page 8 of 8
Date Rcvd: Feb 27, 2024 | Form ID: 408 | Total Noticed: 123

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sindi Mncina

on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com

TOTAL: 7