**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SAMUEL BALBUENA<br>REBECCA BALBUENA<br>  Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>  vs.<br>No Respondents. | Case No.:18-70874 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/25/2018 and confirmed on 2/26/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 109,257.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 109,257.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,100.00 | |
|   Trustee Fee | 5,240.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,340.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 54,333.43 | 0.00 | 54,333.43 |
|     Acct: 3420 | | | | |
|   ALLY BANK(*) | 12,271.55 | 12,271.55 | 1,390.12 | 13,661.67 |
|     Acct: 0166 | | | | |
| | | | | 67,995.10 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL BALBUENA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX6/23 | | | | |
|   NISSAN MOTOR ACCEPTANCE CORP | 6,205.28 | 6,205.28 | 0.00 | 6,205.28 |
|     Acct: 4992 | | | | |
| | | | | 6,205.28 |
| **Unsecured** | | | | |
|   GOLDMAN SACHS MORTGAGE CO | 2,558.33 | 2,558.33 | 310.35 | 2,868.68 |
|     Acct: 2271 | | | | |
|   ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0703 | | | | |
|   AMERISERV FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0132 | | | | |
|   AARONS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3398 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,981.18 | 665.91 | 0.00 | 665.91 |
|     Acct: 3027 | | | | |
|   BANK OF AMERICA NA** (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8772 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9378 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7210 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8407 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 3,823.59 | 1,285.19 | 0.00 | 1,285.19 |
| | Acct: 9185 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 2,889.88 | 971.35 | 0.00 | 971.35 |
| | Acct: 2643 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4246 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5845 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 2,888.87 | 971.01 | 0.00 | 971.01 |
| | Acct: 8276 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4585 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CROWN | 2,248.23 | 755.68 | 0.00 | 755.68 |
| | Acct: 3992 | | | | |
| | CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6950 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 155.08 | 52.13 | 0.00 | 52.13 |
| | Acct: 4097 | | | | |
| | BRYANT STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5470 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5813 | | | | |
| | CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1503 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0564 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4067 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CROWN | 1,261.69 | 424.08 | 0.00 | 424.08 |
| | Acct: 9715 | | | | |
| | CREDIT FIRST NA* | 545.31 | 183.29 | 0.00 | 183.29 |
| | Acct: 3358 | | | | |
| | LVNV FUNDING LLC | 1,661.35 | 558.41 | 0.00 | 558.41 |
| | Acct: 3674 | | | | |
| | LVNV FUNDING LLC | 746.43 | 250.89 | 0.00 | 250.89 |
| | Acct: 1806 | | | | |
| | LVNV FUNDING LLC | 234.50 | 78.82 | 0.00 | 78.82 |
| | Acct: 6545 | | | | |
| | DISCOVER BANK(*) | 428.36 | 143.98 | 0.00 | 143.98 |
| | Acct: 1799 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 854.96 | 287.37 | 0.00 | 287.37 |
| | Acct: 7752 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,349.32 | 453.53 | 0.00 | 453.53 |
| | Acct: 5524 | | | | |
| | EXXON MOBILE/CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8634 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 668.51 | 224.70 | 0.00 | 224.70 |
| | Acct: 1371 | | | | |
| | MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1640 | | | | |
| | GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5375 | | | | |
| | GULF OIL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0000 | | | | |
| | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0090 | | | | |
| | CAPITAL ONE NA** | 26.74 | 8.99 | 0.00 | 8.99 |
| | Acct: 8650 | | | | |
| | MERRICK BANK | 1,666.79 | 560.24 | 0.00 | 560.24 |
| | Acct: 3105 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0582 | | | | |
| | OLLO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7771 | | | | |
| | MIDLAND FUNDING LLC | 2,448.90 | 823.12 | 0.00 | 823.12 |
| | Acct: 5759 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 6,363.56 | 2,138.92 | 0.00 | 2,138.92 |
| | Acct: 9345 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,510.31 | 843.77 | 0.00 | 843.77 |
| | Acct: 6606 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,887.89 | 634.56 | 0.00 | 634.56 |
| | Acct: 5251 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,537.60 | 516.82 | 0.00 | 516.82 |
| | Acct: 7325 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,508.71 | 507.11 | 0.00 | 507.11 |
| | Acct: 6867 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,287.67 | 432.81 | 0.00 | 432.81 |
| | Acct: 5053 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8213 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,368.98 | 796.26 | 0.00 | 796.26 |
| | Acct: 1769 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 4,600.21 | 1,546.22 | 0.00 | 1,546.22 |
| | Acct: 9608 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,875.58 | 966.54 | 0.00 | 966.54 |
| | Acct: 1249 | | | | |
| | LVNV FUNDING LLC | 4,586.43 | 1,541.59 | 0.00 | 1,541.59 |
| | Acct: 7731 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 84.04 | 28.25 | 0.00 | 28.25 |
| | Acct: 2144 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 4,608.72 | 1,549.08 | 0.00 | 1,549.08 |
| | Acct: 9463 | | | | |
| | TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7771 | | | | |
| | TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6237 | | | | |
| | TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1318 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8660 | | | | |
| | CITIBANK/UNIVERSAL CARD SVCS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9529 | | | | |
| | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8442 | | | | |
| | GETTINGTON (ISSUED BY WEBBANK) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9926 | | | | |
| | WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1813 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 477.35 | 160.45 | 0.00 | 160.45 |
| | Acct: 4587 | | | | |
| | UNIFUND CCR | 1,664.07 | 559.33 | 0.00 | 559.33 |
| | Acct: 9792 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 243.43 | 81.82 | 0.00 | 81.82 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8767 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,515.74 | 845.59 | 0.00 | 845.59 |
| | Acct: 0083 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6606 | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | 
| | | | | | 24,716.49 |

TOTAL PAID TO CREDITORS                                                                98,916.87

TOTAL CLAIMED
PRIORITY          6,205.28
SECURED          12,271.55
UNSECURED       67,558.31

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   SAMUEL BALBUENA
   REBECCA BALBUENA
        Debtor(s)

   Ronda J. Winnecour
        Movant
       vs.
   No Repondents.

Case No.:18-70874 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70874-JAD |
| Samuel Balbuena | Chapter 13 |
| Rebecca Balbuena | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 8 |
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 123 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel Balbuena, Rebecca Balbuena, 1931 Menoher Blvd., Johnstown, PA 15905-1728 |
| 14969157 | + | Ameriserv Financial Ba, 216 Franklin St, Johnstown, PA 15901-1911 |
| 15004826 | | Ditech Financial LLC. Po Box 6154 Rapid City Sd,, 57709-6154 |
| 14969199 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 14969209 | + | Mainline National Bank, 325 Industrial Park Rd., Ebensburg, PA 15931-4133 |
| 14969212 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 14969217 | + | Sierra Auto, 5005 Lbj Fwy, Dallas, TX 75244-6100 |
| 14969218 | + | Sierra Auto Finance Ll, 5005 Lbj Fwy Ste 700, Dallas, TX 75244-6145 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 00:49:02 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969154 | + | Email/Text: bankruptcy@rentacenter.com | Feb 28 2024 00:39:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14983199 | | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2024 00:36:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14969155 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2024 00:36:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14969156 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2024 00:36:00 | Ally Fincl, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14969158 | + | Email/Text: bankruptcynotices@aarons.com | Feb 28 2024 00:39:00 | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 14969171 | | Email/Text: BNBSB@capitalsvcs.com | Feb 28 2024 00:37:00 | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 14969159 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 28 2024 00:37:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14969160 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2024 00:36:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14969164 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:49:30 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14969240 | | Email/Text: cfcbackoffice@contfinco.com | Feb 28 2024 00:37:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| 14969161 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:50:02 | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14969162 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:35:16 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14969163 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:49:14 | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14977655 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:34:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14991116 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:34:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14997888 | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 00:49:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14969165 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:49:50 | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14969166 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Cb/eddiebau, Po Box 182789, Columbus, OH 43218-2789 |
| 14969167 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Cb/pier1, Po Box 182789, Columbus, OH 43218-2789 |
| 14969169 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:35:19 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14969168 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:06 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969170 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Ccb/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 14969174 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 01:38:36 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981224 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 14969175 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/anntylr, Po Box 182789, Columbus, OH 43218-2789 |
| 14969176 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14969177 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 14969178 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/gordmans, Po Box 182789, Columbus, OH 43218-2789 |
| 14969179 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 14969180 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/pttrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 14969181 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/chrisbank, Po Box 182789, Columbus, OH 43218-2789 |
| 14969182 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/eddiebaur, Po Box 182789, Columbus, OH 43218-2789 |
| 14969183 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/gandrmt, Po Box 182789, Columbus, OH 43218-2789 |
| 14969184 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/marathon, Po Box 182789, Columbus, OH 43218-2789 |
| 14969185 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/meijer, Po Box 182789, Columbus, OH 43218-2789 |
| 14969186 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/ny&co, Po Box 182789, Columbus, |

Case 18-70874-JAD  Doc 74  Filed 02/29/24  Entered 03/01/24 00:32:37  Desc Imaged
Certificate of Notice  Page 9 of 14

| District/off: 0315-7 | User: auto | Page 3 of 8 |
| --- | --- | --- |
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 123 |

| ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | OH 43218-2789 |
| 14969187 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14969188 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14969189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitybk/fullbeauty, Po Box 182789, Columbus, OH 43218-2789 |
| 14969190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitycb/blair, Po Box 182120, Columbus, OH 43218-2120 |
| 14969191 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14969192 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14969193 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitycb/overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 14969194 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 14969195 | + | Email/Text: BKPT@cfna.com | Feb 28 2024 00:36:00 | Crdt First, Pob 81315, Cleveland, OH 44181-0315 |
| 14969196 | + | Email/Text: BKPT@cfna.com | Feb 28 2024 00:36:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15000053 | | Email/Text: BKPT@cfna.com | Feb 28 2024 00:36:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14969197 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2024 00:34:04 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14969200 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:34:35 | Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14969201 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:34:06 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15003467 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2024 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14979721 | | Email/Text: mrdiscen@discover.com | Feb 28 2024 00:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14969198 | + | Email/Text: mrdiscen@discover.com | Feb 28 2024 00:36:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14969202 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 01:16:45 | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969203 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 28 2024 01:01:59 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14997111 | + | Email/Text: servicing@svcfin.com | Feb 28 2024 00:37:00 | GOLDMAN SACHS MORTGAGE CO., C/O SERVICE FINANCE CO., LLC, 555 S. FEDERAL HWY #200, BOCA RATON, FL 33432-6033 |
| 14969204 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 28 2024 00:39:00 | Genesis/celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14969205 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 28 2024 00:37:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14969207 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 28 2024 00:36:00 | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |
| 14969172 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2024 00:34:30 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14969208 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2024 00:36:00 | Kohls/capone, Po Box 3115, Milwaukee, WI |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| 15160155 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:50:08 | 53201-3115<br>LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15000992 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:49:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14992222 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:49:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14969210 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:33:58 | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14969211 + | Email/Text: bankruptcydpt@mcmcg.com | Feb 28 2024 00:38:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14991108 + | Email/Text: bankruptcydpt@mcmcg.com | Feb 28 2024 00:38:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15207100 | Email/Text: mtgbk@shellpointmtg.com | Feb 28 2024 00:37:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14986423 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 28 2024 00:37:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14969213 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:49:05 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14995691 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:50:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14969427 + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:34:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14981243 + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:02:15 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14977108 + | Email/Text: ebnpeoples@grblaw.com | Feb 28 2024 00:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14969214 + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:49:37 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14979874 + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 28 2024 00:38:00 | Premier Bankard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14997787 | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2024 00:38:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15000080 | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2024 00:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14981246 + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:03 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15005597 + | Email/Text: bncmail@w-legal.com | Feb 28 2024 00:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14969215 + | Email/Text: servicing@svcfin.com | Feb 28 2024 00:37:00 | Service Finance Compan, 555 S Federal Highway, Boca Raton, FL 33432-5505 |
| 14981245 + | Email/Text: servicing@svcfin.com | Feb 28 2024 00:37:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14969216 + | Email/Text: bankruptcy@sccompanies.com | Feb 28 2024 00:39:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14969219 + | Email/Text: bankruptcy@sccompanies.com | Feb 28 2024 00:39:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14969220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:29 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14969221 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:35:09 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14969222 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:50:06 | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14969223 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:00 | Syncb/athleta, Po Box 965024, Orlando, FL 32896-5024 |
| 14969224 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:10 | Syncb/banana Rep, Po Box 965005, Orlando, FL 32896-5005 |
| 14969225 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:35:10 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 14969226 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:36 | Syncb/chevron, P.o Box 965015, Orlando, FL 32896-5015 |
| 14969227 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:06 | Syncb/evine, Po Box 965005, Orlando, FL 32896-5005 |
| 14969228 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:27 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14969229 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:27 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14969230 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:35:08 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14969231 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:00:30 | Syncb/nautilus, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14969232 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:16:54 | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14969233 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:35:10 | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14969234 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:00:46 | Syncb/phillips 66, P.o Box 965004, Orlando, FL 32896-5004 |
| 14969235 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:32 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14969236 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:25 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14969237 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:38:16 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14969238 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:02 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 14969239 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:38:44 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15001018 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 00:49:12 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14969241 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 28 2024 00:39:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14969242 | + | Email/Text: bncmail@w-legal.com | Feb 28 2024 00:37:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14969243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:35:19 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14998127 |   | Email/Text: bankruptcy@unifund.com | Feb 28 2024 00:37:00 | Unifund CCR, 10625 Techwoods Circle, |

| | | | | |
|---|---|---|---|---|
| | | | | Cincinnati, OH 45242 |
| 14969244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 28 2024 00:49:33 | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14969245 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 28 2024 00:36:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14969246 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Feb 28 2024 00:39:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14969247 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Feb 28 2024 00:39:00 | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14969248 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Feb 28 2024 00:34:04 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 115

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Quantum3 Group LLC as agent for Comenity Capital B |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14981206 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14981207 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14981208 | *+ | Ameriserv Financial Ba, 216 Franklin St, Johnstown, PA 15901-1911 |
| 14981209 | *+ | Arrornrts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 14981221 | *P++ | BRYANT STATE BANK, ATTN BANKRYPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 14981210 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14981211 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14981215 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14981254 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14981212 | *+ | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14981213 | *+ | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14981214 | *+ | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14981216 | *+ | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14981217 | *+ | Cb/eddiebau, Po Box 182789, Columbus, OH 43218-2789 |
| 14981218 | *+ | Cb/pier1, Po Box 182789, Columbus, OH 43218-2789 |
| 14981219 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981220 | *+ | Ccb/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 14981223 | *+ | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981225 | *+ | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14981226 | *+ | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 14981227 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14981230 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14981231 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14981228 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14981229 | * | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 14981232 | *+ | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981233 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14981234 | *+ | Genesis/celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14981235 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14981236 | *+ | Gulf Oil, Po Box 15410, Amarillo, TX 79105-5410 |
| 14981237 | *+ | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |

| | | |
|---|---|---|
| 14969173 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14981222 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14981238 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14981239 | *+ | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14981240 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14981241 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 14981242 | *+ | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14981244 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14981247 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14981248 | *+ | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981249 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14981250 | *+ | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14981251 | *+ | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14981252 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14981253 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14981255 | *+ | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14981256 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14981257 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981258 | *+ | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14981259 | * | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14981260 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14981261 | *+ | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14981262 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15125606 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 14969206 | ##+ | Gulf Oil, Po Box 15410, Amarillo, TX 79105-5410 |

TOTAL: 3 Undeliverable, 58 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

**Name**      **Email Address**

Denise Carlon
    on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com

Lawrence W. Willis
    on behalf of Debtor Samuel Balbuena ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Rebecca Balbuena ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-7     User: auto     Page 8 of 8

Date Rcvd: Feb 27, 2024     Form ID: pdf900     Total Noticed: 123

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sindi Mncina

on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com

TOTAL: 7