Certificate Number: 05781-PAW-DE-038267341

Bankruptcy Case Number: 18-70874



05781-PAW-DE-038267341

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 11, 2024, at 12:18 o'clock PM PDT, Samuel Balbuena completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 11, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President