Certificate Number: 05781-PAW-DE-038267342

Bankruptcy Case Number: 18-70874



05781-PAW-DE-038267342

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 11, 2024, at 12:18 o'clock PM PDT, Rebecca Balbuena completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 11, 2024

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President