| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Samuel Balbuena |
| Debtor 2 | Rebecca Balbuena fka Rebecca Turek |
| United States Bankruptcy Court for the: Western District of Pennsylvania | |
| Case number : | 18-70874-JAD |

## Form 4100R

# Amended Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of creditor:** **NewRez LLC d/b/a Shellpoint Mortgage Servicing**

**Court claim no.**
(if known):                                             **38**

**Last 4 digits** of any number you use to identify the debtor's account:    **3420**

**Property Address:**    **1931 Menoher Boulevard
Johnstown, PA 15905**

### Part : 2  Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on
the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of
this response is:                                                                                          $0.00

### Part 3:  Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the
Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) Is due on: 2024-03-01

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the
Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                        (a) $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:          +(b) $ 0.00

c. **Total**. Add lines a and b.

Creditor asserts that the debtor(s) are contractually                              (c) $ **0.00**
obligated for the postpetition payment(s) that first became
due on:

| Debtor 1 | Samuel Balbuena | | | Case number (if known) | 18-70874-JAD |
| | First Name | Middle Name | Last Name | | |

---

### Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

### Part 5:    Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/S/ Julian Cotton
_____    Date    03/25/2024
Signature

Print:    /S/ Julian Cotton                    Title    Authorized Agent for Creditor

Company    Padgett Law Group

If different from the notice address listed on the proof of claim to which this response applies:

Address    6267 Old Water Oak Road, Suite 203

Tallahassee FL, 32312

Contact phone    (850) 422-2520    Email    plginquiries@padgettlawgroup.com

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

IN RE: SAMUEL BALBUENA,                                    No: 18-70874-JAD
    REBECCA BALBUENA FKA REBECCA TUREK          CHAPTER 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties

on the attached Service List by electronic service and/or by First Class U.S. Mail on this the _25th_ day of

March, 2024.

/S/ Julian Cotton

_____ _____

Julian Cotton
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 18-70874-JAD)

Debtor
Samuel Balbuena
1931 Menoher Blvd.
Johnstown, PA 15905

Joint Debtor
Rebecca Balbuena
1931 Menoher Blvd.
Johnstown, PA 15905

Attorney
Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

US Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222