| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Samuel Balbuena <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3358 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Rebecca Balbuena <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1672 <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    18–70874–JAD | | |

## Order of Discharge                                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Samuel Balbuena                                    Rebecca Balbuena
                                                                             fka Rebecca Turek

<u>4/10/24</u>                                                      **By the court:** <u>Jeffery A. Deller</u>
                                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70874-JAD |
| Samuel Balbuena | Chapter 13 |
| Rebecca Balbuena | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 8 |
| Date Rcvd: Apr 10, 2024 | Form ID: 3180W | Total Noticed: 126 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel Balbuena, Rebecca Balbuena, 1931 Menoher Blvd., Johnstown, PA 15905-1728 |
| 14969157 | + | Ameriserv Financial Ba, 216 Franklin St, Johnstown, PA 15901-1911 |
| 15125606 | | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 15004826 | | Ditech Financial LLC. Po Box 6154 Rapid City Sd,, 57709-6154 |
| 14969199 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 14969209 | + | Mainline National Bank, 325 Industrial Park Rd., Ebensburg, PA 15931-4133 |
| 14969212 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 14969217 | + | Sierra Auto, 5005 Lbj Fwy, Dallas, TX 75244-6100 |
| 14969218 | + | Sierra Auto Finance Ll, 5005 Lbj Fwy Ste 700, Dallas, TX 75244-6145 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 11 2024 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2024 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 11 2024 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2024 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 11 2024 04:05:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969154 | + | Email/Text: bankruptcy@rentacenter.com | Apr 11 2024 00:11:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14983199 | | EDI: GMACFS.COM | Apr 11 2024 04:04:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14969155 | + | EDI: GMACFS.COM | Apr 11 2024 04:04:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14969156 | + | EDI: GMACFS.COM | | |

| | | | |
|---|---|---|---|
| | | Apr 11 2024 04:04:00 | Ally Fincl, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14969158 | + Email/Text: bankruptcynotices@aarons.com | | |
| | | Apr 11 2024 00:11:00 | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 14969171 | Email/Text: BNBSB@capitalsvcs.com | | |
| | | Apr 11 2024 00:10:00 | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 14969159 | + EDI: TSYS2 | | |
| | | Apr 11 2024 04:05:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14969160 | + EDI: BANKAMER | | |
| | | Apr 11 2024 04:04:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14969164 | EDI: CAPITALONE.COM | | |
| | | Apr 11 2024 04:05:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14969240 | Email/Text: cfcbackoffice@contfinco.com | | |
| | | Apr 11 2024 00:10:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14969161 | + EDI: CAPITALONE.COM | | |
| | | Apr 11 2024 04:05:00 | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14969162 | + EDI: CAPITALONE.COM | | |
| | | Apr 11 2024 04:05:00 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14969163 | + EDI: CAPITALONE.COM | | |
| | | Apr 11 2024 04:05:00 | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14977655 | EDI: CAPITALONE.COM | | |
| | | Apr 11 2024 04:05:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14991116 | EDI: CAPITALONE.COM | | |
| | | Apr 11 2024 04:05:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14997888 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Apr 11 2024 00:14:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14969165 | + EDI: CAPITALONE.COM | | |
| | | Apr 11 2024 04:05:00 | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14969166 | + EDI: WFNNB.COM | | |
| | | Apr 11 2024 04:05:00 | Cb/eddiebau, Po Box 182789, Columbus, OH 43218-2789 |
| 14969167 | + EDI: WFNNB.COM | | |
| | | Apr 11 2024 04:05:00 | Cb/pier1, Po Box 182789, Columbus, OH 43218-2789 |
| 14969169 | + EDI: CITICORP | | |
| | | Apr 11 2024 04:05:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14969168 | + EDI: CITICORP | | |
| | | Apr 11 2024 04:05:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969170 | + EDI: WFNNB.COM | | |
| | | Apr 11 2024 04:05:00 | Ccb/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 14969174 | + EDI: CITICORP | | |
| | | Apr 11 2024 04:05:00 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981224 | + EDI: WFNNB.COM | | |
| | | Apr 11 2024 04:05:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 14969175 | + EDI: WFNNB.COM | | |
| | | Apr 11 2024 04:05:00 | Comenity Bank/anntylr, Po Box 182789, Columbus, OH 43218-2789 |
| 14969176 | + EDI: WFNNB.COM | | |
| | | Apr 11 2024 04:05:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14969177 | + EDI: WFNNB.COM | | |
| | | Apr 11 2024 04:05:00 | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 14969178 | + EDI: WFNNB.COM | | |
| | | Apr 11 2024 04:05:00 | Comenity Bank/gordmans, Po Box 182789, Columbus, OH 43218-2789 |
| 14969179 | + EDI: WFNNB.COM | | |
| | | Apr 11 2024 04:05:00 | Comenity Bank/pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 14969180 | + EDI: WFNNB.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14969181 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenity Bank/pttrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 14969182 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitybank/chrisbank, Po Box 182789, Columbus, OH 43218-2789 |
| 14969183 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitybank/eddiebaur, Po Box 182789, Columbus, OH 43218-2789 |
| 14969184 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitybank/gandrmt, Po Box 182789, Columbus, OH 43218-2789 |
| 14969185 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitybank/marathon, Po Box 182789, Columbus, OH 43218-2789 |
| 14969186 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitybank/meijer, Po Box 182789, Columbus, OH 43218-2789 |
| 14969187 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14969188 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14969189 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14969190 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitybk/fullbeauty, Po Box 182789, Columbus, OH 43218-2789 |
| 14969191 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitycb/blair, Po Box 182120, Columbus, OH 43218-2120 |
| 14969192 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14969193 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14969194 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitycb/overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 14969195 | + | EDI: CRFRSTNA.COM | Apr 11 2024 04:05:00 | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 14969196 | + | EDI: CRFRSTNA.COM | Apr 11 2024 04:04:00 | Crdt First, Pob 81315, Cleveland, OH 44181-0315 |
| 15000053 | | EDI: CRFRSTNA.COM | Apr 11 2024 04:04:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 14969197 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2024 04:04:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14969200 | | EDI: CITICORP | Apr 11 2024 00:13:51 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14969201 | | EDI: CITICORP | Apr 11 2024 04:05:00 | Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 15003467 | | EDI: Q3G.COM | Apr 11 2024 04:05:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14979721 | | EDI: DISCOVER | Apr 11 2024 04:05:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14969198 | + | EDI: DISCOVER | Apr 11 2024 04:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14969202 | + | EDI: CITICORP | Apr 11 2024 04:04:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14969203 | + | EDI: AMINFOFP.COM | Apr 11 2024 04:05:00 | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| | | | Apr 11 2024 04:05:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

Case 18-70874-JAD   Doc 91   Filed 04/12/24   Entered 04/13/24 00:27:18   Desc Imaged
                              Certificate of Notice   Page 6 of 10

| District/off: 0315-7 | User: auto | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: 3180W | Total Noticed: 126 |

| | | | | |
|---|---|---|---|---|
| 14997111 | + | Email/Text: servicing@svcfin.com | Apr 11 2024 00:10:00 | GOLDMAN SACHS MORTGAGE CO., C/O SERVICE FINANCE CO., LLC, 555 S. FEDERAL HWY #200, BOCA RATON, FL 33432-6033 |
| 14969204 | + | EDI: PHINGENESIS | Apr 11 2024 04:05:00 | Genesis/celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14969205 | + | EDI: PHINAMERI.COM | Apr 11 2024 04:05:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14969207 | + | EDI: HFC.COM | Apr 11 2024 04:04:00 | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |
| 14969172 | | EDI: JPMORGANCHASE | Apr 11 2024 04:04:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14969208 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 11 2024 00:10:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15160155 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:14:00 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15000992 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:13:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14992222 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2024 00:13:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14969210 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2024 00:14:07 | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14969211 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2024 00:11:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14991108 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2024 00:11:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15207100 | | Email/Text: mtgbk@shellpointmtg.com | Apr 11 2024 00:10:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14986423 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 11 2024 00:10:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14969213 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2024 00:13:58 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14995691 | | EDI: PRA.COM | Apr 11 2024 04:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14969427 | + | EDI: PRA.COM | Apr 11 2024 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14981243 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14977108 | + | Email/Text: ebnpeoples@grblaw.com | Apr 11 2024 00:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14969214 | + | EDI: PRA.COM | Apr 11 2024 04:05:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14979874 | + | EDI: JEFFERSONCAP.COM | Apr 11 2024 04:05:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14997787 | | EDI: Q3G.COM | Apr 11 2024 04:05:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15000080 | | EDI: Q3G.COM | Apr 11 2024 04:05:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14981246 | + | EDI: SYNC | | |

Case 18-70874-JAD    Doc 91    Filed 04/12/24    Entered 04/13/24 00:27:18    Desc Imaged
                        Certificate of Notice    Page 7 of 10
District/off: 0315-7                       User: auto                                  Page 5 of 8
Date Rcvd: Apr 10, 2024                    Form ID: 3180W                         Total Noticed: 126

| | | | | |
|---|---|---|---|---|
| | | | Apr 11 2024 04:04:00 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15005597 | + | Email/Text: bncmail@w-legal.com | Apr 11 2024 00:11:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14969215 | + | Email/Text: servicing@svcfin.com | Apr 11 2024 00:10:00 | Service Finance Compan, 555 S Federal Highway, Boca Raton, FL 33432-5505 |
| 14981245 | + | Email/Text: servicing@svcfin.com | Apr 11 2024 00:10:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14969216 | + | EDI: CBS7AVE | Apr 11 2024 04:05:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14969219 | + | EDI: CBS7AVE | Apr 11 2024 04:05:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14969220 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14969221 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14969222 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14969223 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/athleta, Po Box 965024, Orlando, FL 32896-5024 |
| 14969224 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/banana Rep, Po Box 965005, Orlando, FL 32896-5005 |
| 14969225 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 14969226 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/chevron, P.o Box 965015, Orlando, FL 32896-5015 |
| 14969227 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/evine, Po Box 965005, Orlando, FL 32896-5005 |
| 14969228 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14969229 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14969230 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14969231 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/nautilus, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14969232 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14969233 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14969234 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/phillips 66, P.o Box 965004, Orlando, FL 32896-5004 |
| 14969235 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14969236 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14969237 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14969238 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |

Case 18-70874-JAD   Doc 91   Filed 04/12/24   Entered 04/13/24 00:27:18   Desc Imaged
Certificate of Notice   Page 8 of 10

| District/off: 0315-7 | User: auto | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: 3180W | Total Noticed: 126 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14969239 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15001018 | + | EDI: AIS.COM | Apr 11 2024 04:05:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14969241 | + | EDI: PHINGENESIS | Apr 11 2024 04:05:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14969242 | + | EDI: WTRRNBANK.COM | Apr 11 2024 04:05:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14969243 | + | EDI: CITICORP | Apr 11 2024 04:05:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14998127 | | Email/Text: bankruptcy@unifund.com | Apr 11 2024 00:10:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14969244 | + | EDI: CITICORP | Apr 11 2024 04:05:00 | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14969245 | | EDI: VERIZONCOMB.COM | Apr 11 2024 04:04:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14969246 | + | EDI: BLUESTEM | Apr 11 2024 04:05:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14969247 | + | EDI: BLUESTEM | Apr 11 2024 04:05:00 | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14969248 | + | EDI: WFFC2 | Apr 11 2024 04:05:00 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 119

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Quantum3 Group LLC as agent for Comenity Capital B |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14981206 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14981207 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14981208 | *+ | Ameriserv Financial Ba, 216 Franklin St, Johnstown, PA 15901-1911 |
| 14981209 | *+ | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 14981221 | *P++ | BRYANT STATE BANK, ATTN BANKRYPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 14981210 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14981211 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14981215 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14981254 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14981212 | *+ | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14981213 | *+ | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14981214 | *+ | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14981216 | *+ | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14981217 | *+ | Cb/eddiebau, Po Box 182789, Columbus, OH 43218-2789 |
| 14981218 | *+ | Cb/pier1, Po Box 182789, Columbus, OH 43218-2789 |
| 14981219 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981220 | *+ | Ccb/boscovs, Po Box 182120, Columbus, OH 43218-2120 |

Case 18-70874-JAD   Doc 91   Filed 04/12/24   Entered 04/13/24 00:27:18   Desc Imaged
Certificate of Notice   Page 9 of 10

| District/off: 0315-7 | User: auto | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: 3180W | Total Noticed: 126 |

| | | |
|---|---|---|
| 14981223 | *+ | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981225 | *+ | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14981226 | *+ | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 14981227 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14981230 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14981231 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14981228 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14981229 | * | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 14981232 | *+ | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981233 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14981234 | *+ | Genesis/celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14981235 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14981236 | *+ | Gulf Oil, Po Box 15410, Amarillo, TX 79105-5410 |
| 14981237 | *+ | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |
| 14969173 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14981222 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14981238 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14981239 | *+ | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14981240 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14981241 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 14981242 | *+ | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14981244 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14981247 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14981248 | *+ | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981249 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14981250 | *+ | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14981251 | *+ | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14981252 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14981253 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14981255 | *+ | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14981256 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14981257 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981258 | *+ | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14981259 | * | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14981260 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14981261 | *+ | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14981262 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 14969206 | ##+ | Gulf Oil, Po Box 15410, Amarillo, TX 79105-5410 |

TOTAL: 3 Undeliverable, 58 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Samuel Balbuena ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Rebecca Balbuena ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com |

TOTAL: 7