IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SAMUEL BALBUENA
REBECCA BALBUENA
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-70874 JAD

Chapter 13

Related to ECF No. 71

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 10th day of April, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
4/10/24 1:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER  jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 18-70874-JAD

Samuel Balbuena                                                    Chapter 13

Rebecca Balbuena

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                                              User: auto                                              Page 1 of 8

Date Rcvd: Apr 10, 2024                                   Form ID: pdf900                                Total Noticed: 124

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel Balbuena, Rebecca Balbuena, 1931 Menoher Blvd., Johnstown, PA 15905-1728 |
| 14969157 | + | Ameriserv Financial Ba, 216 Franklin St, Johnstown, PA 15901-1911 |
| 15125606 | | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 15004826 | | Ditech Financial LLC. Po Box 6154 Rapid City Sd,, 57709-6154 |
| 14969199 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 14969209 | + | Mainline National Bank, 325 Industrial Park Rd., Ebensburg, PA 15931-4133 |
| 14969212 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 14969217 | + | Sierra Auto, 5005 Lbj Fwy, Dallas, TX 75244-6100 |
| 14969218 | + | Sierra Auto Finance Ll, 5005 Lbj Fwy Ste 700, Dallas, TX 75244-6145 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 11 2024 00:13:58 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14969154 | + | Email/Text: bankruptcy@rentacenter.com | Apr 11 2024 00:11:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14983199 | | Email/Text: ally@ebn.phinsolutions.com | Apr 11 2024 00:09:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14969155 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 11 2024 00:09:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14969156 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 11 2024 00:09:00 | Ally Fincl, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14969158 | + | Email/Text: bankruptcynotices@aarons.com | Apr 11 2024 00:11:00 | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 14969171 | | Email/Text: BNBSB@capitalsvcs.com | Apr 11 2024 00:10:00 | Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 14969159 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 11 2024 00:10:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14969160 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 11 2024 00:09:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14969164 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 00:13:58 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |

Case 18-70874-JAD    Doc 92    Filed 04/12/24    Entered 04/13/24 00:27:18    Desc Imaged
                     Certificate of Notice    Page 3 of 9

| District/off: 0315-7 | User: auto | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: pdf900 | Total Noticed: 124 |

| | | | | |
|---|---|---|---|---|
| 14969240 | | Email/Text: cfcbackoffice@contfinco.com | Apr 11 2024 00:10:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14969161 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 00:27:30 | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14969162 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 00:13:56 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14969163 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 00:14:08 | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14977655 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 00:27:06 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14991116 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 00:14:05 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14997888 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 00:13:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14969165 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 00:27:30 | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14969166 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Cb/eddiebau, Po Box 182789, Columbus, OH 43218-2789 |
| 14969167 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Cb/pier1, Po Box 182789, Columbus, OH 43218-2789 |
| 14969169 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 00:14:08 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14969168 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 00:27:17 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969170 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Ccb/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 14969174 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 00:14:08 | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981224 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 14969175 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenity Bank/anntylr, Po Box 182789, Columbus, OH 43218-2789 |
| 14969176 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenity Bank/express, Po Box 182789, Columbus, OH 43218-2789 |
| 14969177 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenity Bank/gnteagle, Po Box 182789, Columbus, OH 43218-2789 |
| 14969178 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenity Bank/gordmans, Po Box 182789, Columbus, OH 43218-2789 |
| 14969179 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenity Bank/pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 14969180 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenity Bank/pttrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 14969181 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenitybank/chrisbank, Po Box 182789, Columbus, OH 43218-2789 |
| 14969182 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenitybank/eddiebaur, Po Box 182789, Columbus, OH 43218-2789 |
| 14969183 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenitybank/gandrmt, Po Box 182789, Columbus, OH 43218-2789 |
| 14969184 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenitybank/marathon, Po Box 182789, Columbus, OH 43218-2789 |
| 14969185 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2024 00:10:00 | Comenitybank/meijer, Po Box 182789, Columbus, OH 43218-2789 |

Case 18-70874-JAD   Doc 92   Filed 04/12/24   Entered 04/13/24 00:27:18   Desc Imaged
Certificate of Notice   Page 4 of 9

| | | | |
|---|---|---|---|
| District/off: 0315-7 | | User: auto | Page 3 of 8 |
| Date Rcvd: Apr 10, 2024 | | Form ID: pdf900 | Total Noticed: 124 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14969186 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 11 2024 00:10:00 | | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14969187 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 11 2024 00:10:00 | | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14969188 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 11 2024 00:10:00 | | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14969189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 11 2024 00:10:00 | | Comenitybk/fullbeauty, Po Box 182789, Columbus, OH 43218-2789 |
| 14969190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 11 2024 00:11:00 | | Comenitycb/blair, Po Box 182120, Columbus, OH 43218-2120 |
| 14969191 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 11 2024 00:11:00 | | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14969192 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 11 2024 00:11:00 | | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14969193 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 11 2024 00:11:00 | | Comenitycb/overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 14969194 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 11 2024 00:11:00 | | Comenitycb/zales, Po Box 182120, Columbus, OH 43218-2120 |
| 14969195 | + | Email/Text: BKPT@cfna.com Apr 11 2024 00:10:00 | | Crdt First, Pob 81315, Cleveland, OH 44181-0315 |
| 14969196 | + | Email/Text: BKPT@cfna.com Apr 11 2024 00:10:00 | | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 15000053 | | Email/Text: BKPT@cfna.com Apr 11 2024 00:10:00 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14969197 | + | Email/PDF: creditonebknotifications@resurgent.com Apr 11 2024 00:13:51 | | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14969200 | | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 11 2024 00:13:58 | | Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14969201 | | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 11 2024 00:13:58 | | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15003467 | | Email/Text: bnc-quantum@quantum3group.com Apr 11 2024 00:11:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14979721 | | Email/Text: mrdiscen@discover.com Apr 11 2024 00:10:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14969198 | + | Email/Text: mrdiscen@discover.com Apr 11 2024 00:10:00 | | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14969202 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 11 2024 00:27:09 | | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14969203 | + | Email/PDF: ais.fpc.ebn@aisinfo.com Apr 11 2024 00:27:06 | | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14997111 | + | Email/Text: servicing@svcfin.com Apr 11 2024 00:10:00 | | GOLDMAN SACHS MORTGAGE CO., C/O SERVICE FINANCE CO., LLC, 555 S. FEDERAL HWY #200, BOCA RATON, FL 33432-6033 |
| 14969204 | + | Email/Text: GenesisFS@ebn.phinsolutions.com Apr 11 2024 00:11:00 | | Genesis/celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14969205 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 11 2024 00:10:00 | | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14969207 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com Apr 11 2024 00:09:00 | | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |
| 14969172 | | Email/PDF: ais.chase.ebn@aisinfo.com Apr 11 2024 00:13:56 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |

Case 18-70874-JAD   Doc 92   Filed 04/12/24   Entered 04/13/24 00:27:18   Desc Imaged
Certificate of Notice   Page 5 of 9

| District/off: 0315-7 | User: auto | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: pdf900 | Total Noticed: 124 |

| | | | | |
|---|---|---|---|---|
| 14969208 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 11 2024 00:10:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15160155 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:13:58 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15000992 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:14:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14992222 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2024 00:14:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14969210 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2024 00:13:59 | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14969211 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2024 00:11:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14991108 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2024 00:11:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 15207100 | | Email/Text: mtgbk@shellpointmtg.com | Apr 11 2024 00:10:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14986423 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 11 2024 00:10:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14969213 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2024 00:13:56 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14995691 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2024 00:27:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14969427 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2024 00:27:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14981243 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:52 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 14977108 | + | Email/Text: ebnpeoples@grblaw.com | Apr 11 2024 00:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14969214 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2024 00:27:06 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14979874 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2024 00:11:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14997787 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2024 00:11:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15000080 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2024 00:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14981246 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:09 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 15005597 | + | Email/Text: bncmail@w-legal.com | Apr 11 2024 00:11:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14969215 | + | Email/Text: servicing@svcfin.com | Apr 11 2024 00:10:00 | Service Finance Compan, 555 S Federal Highway, Boca Raton, FL 33432-5505 |
| 14981245 | + | Email/Text: servicing@svcfin.com | Apr 11 2024 00:10:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 14969216 | + | Email/Text: bankruptcy@sccompanies.com | Apr 11 2024 00:11:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14969219 | + | Email/Text: bankruptcy@sccompanies.com | Apr 11 2024 00:11:00 | Swiss Colony, 1112 7th Ave, Monroe, WI |

Case 18-70874-JAD   Doc 92   Filed 04/12/24   Entered 04/13/24 00:27:18   Desc Imaged
Certificate of Notice   Page 6 of 9

| District/off: 0315-7 | User: auto | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: pdf900 | Total Noticed: 124 |

| | | | |
|---|---|---|---|
| | | | 53566-1364 |
| 14969220 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:27:06 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14969221 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:56 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14969222 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:09 | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14969223 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:27:08 | Syncb/athleta, Po Box 965024, Orlando, FL 32896-5024 |
| 14969224 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:08 | Syncb/banana Rep, Po Box 965005, Orlando, FL 32896-5005 |
| 14969225 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:48 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 14969226 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:57 | Syncb/chevron, P.o Box 965015, Orlando, FL 32896-5015 |
| 14969227 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:49 | Syncb/evine, Po Box 965005, Orlando, FL 32896-5005 |
| 14969228 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:56 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14969229 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:08 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14969230 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:46 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14969231 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:11 | Syncb/nautilus, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14969232 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:04 | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14969233 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:27:17 | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14969234 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:04 | Syncb/phillips 66, P.o Box 965004, Orlando, FL 32896-5004 |
| 14969235 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:08 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14969236 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:48 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14969237 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:13:48 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14969238 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:12 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 14969239 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:14:01 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15001018 | + Email/PDF: ebn_ais@aisinfo.com | Apr 11 2024 00:13:58 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14969241 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 11 2024 00:11:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14969242 | + Email/Text: bncmail@w-legal.com | Apr 11 2024 00:10:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14969243 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 00:13:58 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14998127 | Email/Text: bankruptcy@unifund.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 11 2024 00:10:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14969244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 00:27:16 | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14969245 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 11 2024 00:09:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14969246 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 11 2024 00:11:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14969247 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 11 2024 00:11:00 | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14969248 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 11 2024 00:14:12 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 115

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Quantum3 Group LLC as agent for Comenity Capital B |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14981206 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14981207 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14981208 | *+ | Ameriserv Financial Ba, 216 Franklin St, Johnstown, PA 15901-1911 |
| 14981209 | *+ | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 14981221 | *P++ | BRYANT STATE BANK, ATTN BANKRYPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Ccs/bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 14981210 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14981211 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14981215 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14981254 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 14981212 | *+ | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14981213 | *+ | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14981214 | *+ | Cap1/dbarn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14981216 | *+ | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14981217 | *+ | Cb/eddiebau, Po Box 182789, Columbus, OH 43218-2789 |
| 14981218 | *+ | Cb/pier1, Po Box 182789, Columbus, OH 43218-2789 |
| 14981219 | *+ | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981220 | *+ | Ccb/boscovs, Po Box 182120, Columbus, OH 43218-2120 |
| 14981223 | *+ | Citi, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981225 | *+ | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 14981226 | *+ | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 14981227 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14981230 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloom, Po Box 8218, Mason, OH 45040 |
| 14981231 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14981228 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14981229 | * | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 14981232 | *+ | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981233 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14981234 | *+ | Genesis/celtic Indigo, Po Box 4499, Beaverton, OR 97076-4499 |
| 14981235 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14981236 | *+ | Gulf Oil, Po Box 15410, Amarillo, TX 79105-5410 |

| | | |
|---|---|---|
| 14981237 | *+ | Hsbc Bank, 95 Washington St, Buffalo, NY 14203-3006 |
| 14969173 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14981222 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14981238 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14981239 | *+ | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14981240 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14981241 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan-infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 14981242 | *+ | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14981244 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14981247 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14981248 | *+ | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14981249 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14981250 | *+ | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14981251 | *+ | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14981252 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14981253 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14981255 | *+ | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14981256 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14981257 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14981258 | *+ | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14981259 | * | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14981260 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14981261 | *+ | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14981262 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 14969206 | ##+ | Gulf Oil, Po Box 15410, Amarillo, TX 79105-5410 |

TOTAL: 3 Undeliverable, 58 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

**Name** | **Email Address**

Denise Carlon
 on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com

Lawrence W. Willis
 on behalf of Debtor Samuel Balbuena ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
 on behalf of Joint Debtor Rebecca Balbuena ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

District/off: 0315-7 | User: auto | Page 8 of 8
Date Rcvd: Apr 10, 2024 | Form ID: pdf900 | Total Noticed: 124

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sindi Mncina
          on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com

TOTAL: 7